UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -   x
                                  :
UNITED STATES OF AMERICA          :      SEALED INDICTMENT
                                  :
            - v. -                :      22 Cr.
                                  :
CARLOS VALVERDE, and              :
NELSON SILVERIO,                  :
                                  :      22 CRIM 015
            Defendants.           :
                                  :
- - - - - - - - - - - - - - - -   x

### COUNT ONE
**(Felon in Possession of Firearm or Ammunition)**

The Grand Jury charges:

1.   On or about April 29, 2021 in the Southern District of New York and elsewhere, CARLOS VALVERDE and NELSON SILVERIO, the defendants, knowing they had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, handgun ammunition, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)


_____          _____
FOREPERSON                                DAMIAN WILLIAMS
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**CARLOS VALVERDE, and**
**NELSON SILVERIO,**

**Defendants.**

---

**INDICTMENT**

22 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and
2.)

DAMIAN WILLIAMS
United States Attorney

Foreperson

---