UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  22 CR 15 (PKC)

-against-                                       ORDER

CARLOS VALVERDE and NELSON SILVERIO,

                         Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

       The conference previously scheduled for May 5, 2022 is adjourned until May 10, 2022 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by continuing the conference and that taking such action outweighs the best interest of the public and the defendants in a speedy trial.  My reason for this finding is that the continuance is needed to accommodate an in-person conference.  Accordingly, the time between today and May 10, 2022 is excluded.

       SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       April 28, 2022