

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2022

**By ECF and Email**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The conference is adjourned from 6/28/22 to 7/12/2022 at 2:30 p.m. Time is excluded under the Speedy Trial Act until July 12, 2022 for the reasons set forth in the joint letter.
> 6/24/2022
> SO ORDERED.
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re:   United States v. Carlos Valverde, et al
      22 Cr. 15 (PKC)

Dear Judge Castel:

    A status conference in the above-captioned matter is presently scheduled for June 28, 2022 at 11:00 a.m. The parties submit to this joint letter to respectfully request an adjournment of approximately 10 to 14 days of the June 28 status conference. Members of the both the defense team and the Government are currently on medical leave. A brief adjournment will allow the parties to appear in person for the next conference and, in the interim, continue pretrial discussions and the review of discovery materials.

    Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between June 28, 2022 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to review discovery, and it would also enable the parties to discuss potential pretrial dispositions. In addition, defense counsel consent to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:_____/s/_____
    Ashley C. Nicolas
    Assistant United States Attorneys
    (212) 637-2467

cc: Counsel of Record (via ECF)