

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2023

**By ECF and Email**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. Plea hearing is scheduled for March March 16, 2023 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
> Dated: 2/28/2023
>
> P. Kevin Castel
> United States District Judge

Re:   United States v. Carlos Valverde
      22 Cr. 15 (PKC)

Dear Judge Castel:

      Defendant Carlos Valverde, through counsel, has communicated his intent to enter a guilty plea in the above captioned case, pursuant to an agreement with the Government. The parties respectfully request that the change of plea hearing be scheduled for the week of March 13, 2023, and that all pretrial motion deadlines as to this defendant, be adjourned *sine die*.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
    Ashley C. Nicolas
    Assistant United States Attorney
    (212) 637-2467

cc:  Counsel of Record (via ECF)