UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

22 CR 15 (PKC)

-against-

ORDER

CARLOS VALVERDE,

Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

Status conference originally scheduled on April 16, 2026 is adjourned to

May 14, 2026 at 12:00 p.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        April 14, 2026