UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                       S2 22 CR 15 (PKC)

           -against-                          <u>ORDER</u>

CARLOS VALVERDE,

                    Defendants.
-------------------------------------------------------------x
CASTEL, U.S.D.J.

         Status conference originally scheduled on May 14, 2026 is moved up to

May 12, 2026 at 2:00 p.m. in Courtroom 11D.

         SO ORDERED.

                             P. Kevin Castel
                            United States District Judge

Dated: New York, New York
        April 22, 2026