AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations        (Form modified within District on October 20, 2025)
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> CARLOS VALVERDE | ) ) ) ) ) ) ) ) ) ) ) ) |

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

Case No.  1: S2 22 CR 00015- 01 (PKC)

USM No.  83143-509

Donald Duboulay, Esq.  (Ashley Nicolas, AUSA )
Defendant's Attorney

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s)   2, 4, 5, 8, and 10   of the term of supervision.

☐  was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Unlicensed operation of a motor vehicle | 05/19/2025 |
| 4 | Harassment in the 2nd Degree - threatend to harm girlfriend | 08/30/2025 |
| 5 | Endangering the welfare of a Child | 08/30/2025 |
| 8 | Contempt in 1st Degree -threatened to harm victim & her child | 10/08/2025 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  The defendant has not violated condition(s)   1,3,6,7,9,11,12   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1274

Defendant's Year of Birth:       1987

City and State of Defendant's Residence:
Bronx, New York

06/10/2026
Date of Imposition of Judgment

Signature of Judge

P. Kevin Castel, USDJ
Name and Title of Judge

6-10-2026
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __5__

DEFENDANT:  CARLOS VALVERDE
CASE NUMBER:  1:  S2 22 CR 00015- 01 (PKC)

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 10 | Supervisee committed state crime - unlawful fleeing from police officer | 10/08/2025 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                                  Sheet 2— Imprisonment

Judgment — Page    3    of    5

DEFENDANT: CARLOS VALVERDE
CASE NUMBER: 1: S2 22 CR 00015- 01 (PKC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
TIME SERVED.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT:  CARLOS VALVERDE
CASE NUMBER:  1:  S2 22 CR 00015- 01 (PKC)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Original term of supervised release is revoked and the Court reimposes a term of 36 months of supervised release with 8 months home confinement, with all the terms and conditions imposed on the Judgment dated May 22, 2024.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 3D — Supervised Release

Judgment—Page ___5___ of ___5___

DEFENDANT: CARLOS VALVERDE
CASE NUMBER: 1: S2 22 CR 00015- 01 (PKC)

## SPECIAL CONDITIONS OF SUPERVISION

You shall be on supervised release for 36 months, 8 months of which will be on home confinement with electronic monitoring to be used at the discretion of the Probation Officer with permission to leave for medical appointments and employment.

You shall submit your person, and any property, residence, vehicle, papers, computer, other electronic communication, data storage devices, cloud storage or media, and effects to a search by any United States Probation Officer, and if needed, with the assistance of any law enforcement. The search is to be conducted when there is reasonable suspicion concerning violation of a condition of supervision or unlawful conduct by the person being supervised. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search shall be conducted at a reasonable time and in a reasonable manner.

At the discretion of the U.S. Probation Officer, the defendant shall participate in an outpatient mental health treatment program approved by the United States Probation Office. The defendant shall continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant shall contribute to the costs of services rendered based on a defendant's ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

You shall participate in an education, employment and/or vocational program as directed by the Probation Officer.

You must provide the probation officer with access to any requested financial information.

You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless you are in compliance with the installment payment schedule.

You may be supervised by the district of residence.